■   JOHN MELNYK, Respondent, v. UNITED STATES LINES Co., Defendant and Third-Party Plaintiff-Respondent. T. HOGAN & SONS, INC., Third-Party Defendant-Appellant.— Judgment entered June 19, 1968 unanimously affirmed, without costs or disbursements; informal motion of the shipowner to withdraw its appeal granted, without costs and disbursements; informal motion by plaintiff to dismiss the third-party defendant's appeal from the judgment denied, without costs or disbursements. Concur — Eager, J. P., Capozzoli, Tilzer, Markewich and Bastow, JJ.

■   AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellant, v. SAM BOVA et al., Individually and as Copartners Doing Business as BOKAP BUILDERS, Respondents.— Order entered September 17, 1968 denying plaintiff's motion for summary judgment unanimously affirmed, with $50 costs and disbursements to defendant-respondent. The court notes, however, that the record discloses no reason why the suit herein — to recover the sum of $1,886.91 — was not commenced in the Civil Court. The case is therefore remanded to Special Term for the purpose of transferring the action to the Civil Court unless plaintiff advances a proper reason for retaining jurisdiction in the Supreme Court. (*Midtown Commercial Corp.* v. *Kelner*, 29 A D 2d 349, 351; *Trussell* v. *Strongo*, 29 A D 2d 851; N. Y. Const., art. VI, § 19, subd. a). Concur — Capozzoli, J. P., Tilzer, McGivern, Markewich and Nunez, JJ.